IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD T. COLLIER, | No. C 10-02501 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING IMPROPER MOTIONS IN CLOSED CASE** |
| VIOLA SMITH, WILLIE JOHNSON, and GOLDEN STATE MUTUAL LIFE INSURANCE COMPANY, | |
| Defendants. | |

The complaint in this action never was filed. In August 2010, Magistrate Judge Larson denied plaintiff's application to file his compliant *in forma pauperis* and dismissed the complaint prior to service (Dkt. No. 10). The case file was closed the same day. In October 2010, plaintiff filed a motion for summary judgment, which also was denied by Judge Larson (Dkt. No. 13). Judge Larson subsequently retired from judicial service.

In June 2011, plaintiff filed a motion requesting certain disclosures, default judgment, and a "readiness conference" (Dkt. No. 14). No action was taken on that motion. In August 2011, plaintiff filed another motion renewing the requests in his June motion (Dkt. No. 15). This most recent motion was filed while the undersigned judge was serving as general duty judge.

"In the event an order is needed in a closed case assigned to a judicial officer who is deceased or no longer sitting, the clerk shall refer the matter to the general duty judge for

disposition." General Order 44 ¶ K.  Pursuant to General Order 44, both of plaintiff's pending motions are **DENIED**.  The motions were improper because the action never was instituted, in that the complaint never was filed.  **Plaintiff Donald T. Collier may not make any more filings in this closed case.**

**IT IS SO ORDERED.**

Dated: August 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2